Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Jose Palomino, et al.

        Plaintiff(s),

v.

Facebook, Inc.

        Defendant(s).

Case No: 16-cv-4230

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jeremy M. Glapion, an active member in good standing of the bar of New Jersey, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff Jason Huhn in the above-entitled action. My local co-counsel in this case is Todd David Carpenter, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1704 Maxwell Drive<br>Wall, NJ 07719 | 402 West Broadway, Suite 2900<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (732) 455-9737 | (619) 756-6994 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jmg@glapionlaw.com | tcarpenter@carlsonlynch.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 145972015.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 09/19/16

                                Jeremy M. Glapion
                                     APPLICANT

---

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jeremy M. Glapion is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/22/2016

                            *Haywood S. Gill Jr.*
                         UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JEREMY M GLAPION** (No. **145972015**) was constituted and appointed an Attorney at Law of New Jersey on **May 06, 2015** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **16TH** day of **August**, 20 **16**

*Clerk of the Supreme Court*

-453a-