Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Jose Palomino | ) | Case No: 3:16-cv-04230 |
|---|---|---|
| Plaintiff(s), | ) ) ) | **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** (CIVIL LOCAL RULE 11-3) |
| v. | ) ) | |
| Facebook, Inc. | ) ) ) | |
| Defendant(s). | ) ) | |

I, Gary F. Lynch, an active member in good standing of the bar of Pennsylvania, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Jose Palomino in the above-entitled action. My local co-counsel in this case is Todd D. Carpenter, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222 | 402 West Broadway, Suite 2900<br>San Diego, CA 92101 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (412) 322-9243 | (619) 756-6994 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| glynch@carlsonlynch.com | tcarpenter@carlsonlynch.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 56887.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/19/16

Gary F. Lynch
APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Gary F. Lynch is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/22/2016

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Gary F. Lynch, Esq.*

**DATE OF ADMISSION**

*December 4, 1989*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  June 17, 2016

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk