1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE PALOMINO and JASON HUHN; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>FACEBOOK, INC., a DELAWARE corporation, and DOES 1- 50, inclusive,<br><br>Defendant. | Case No. 16-4230-HSG<br><br>[PROPOSED] ORDER GRANTING STIPULATED REQUEST FOR ORDER CHANGING TIME |

Having considered the parties' Stipulated Request for Order Changing Time, and for good cause shown,

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs shall file their Opposition to Defendant's Motion to Dismiss by November 4, 2016, and Defendant shall file its reply by November 18, 2016.

Dated: \_\_\_\_\_October 27\_\_, 2016

_____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge